

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00510-CV

**IN THE INTEREST OF S.E.**, a Child

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-1049-CV
Honorable Jessica Crawford, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that costs of appeal are taxed against appellant.

SIGNED January 22, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice